1
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
4
Fresno, California  93721-2226
Telephone: (559) 487-5561
5

6
IN THE UNITED STATES DISTRICT COURT

7
FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9
UNITED STATES OF AMERICA,      )   Case No. 1:21-CR-00184 DAD-BAM
                                )
10
       *Plaintiff,*             )
                                )   **APPLICATION AND ORDER
11
vs.                             )   APPOINTING CJA PANEL COUNSEL**
                                )
12
HOLLY WHITE,                    )
                                )
13
       *Defendant,*             )
                                )
14
_____)

15

16
      Defendant Holly White, through the Federal Defender for the Eastern District of

17
California, hereby requests appointment of CJA Panel counsel.

18
      On July 15, 2021, an Indictment was issued in the above captioned case. Ms. White had

19

20
an initial appearance on the allegations in the Central District of California on July 21, 2021, at

21
which time the Court appointed counsel and ordered she be released. Counsel in the Eastern

22
District of California is needed in advance of arraignment in order to facilitate her appearance in

23
this district on the pending charges.

24
      Therefore, after reviewing her Financial Affidavit it is respectfully recommended that

25
CJA panel counsel Richard Oberto be promptly appointed.

26

27
      DATED: July 26, 2021                    */s/ Eric V. Kersten*
                                          _____
28
                                          ERIC V. KERSTEN
                                          Assistant Federal Defender
                                          Branch Chief, Fresno Office

1

2

**O R D E R**

3

Having satisfied the Court that the defendant Holly White is financially unable to retain

4

counsel, the Court hereby appoints CJA panel counsel Richard Oberto pursuant to 18 U.S.C. §

5

3006A.

6

IT IS SO ORDERED.

7

8

Dated:   **July 26, 2021**                     /s/ *Barbara A. McAuliffe*          _

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28