RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar no. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Holly White

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:21-cr-00184-DAD-BAM |
|---|---|
| *Plaintiff,* | **WAIVER OF PERSONAL PRESENCE BY THE DEFENDANT HOLLY WHITE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43(b)(3); ORDER** |
| vs. | |
| DARYOL RICHMOND, TELVIN BREAUX, and HOLLY WHITE, | |
| *Defendants.* | |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

The defendant HOLLY WHITE ("Ms. White") has been advised of her right to be personally present at all stages of the court proceedings in the above entitled action against her. Ms. White hereby waives her right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Ms. White requests that the court allow her interests to be represented by the presence of her attorney, Richard M. Oberto, and she agrees that her interests shall be represented the same as if she were personally present. Ms. White agrees notice to her attorney that her personal presence is required for a proceeding at a specific time

///

///

///

///

and place will be deemed notice to Ms. White of the requirement of her personal presence.

Dated: 8/21/2021                                    */s/ Holly White*
                                                    Holly White
                                                    Defendant
                                                    *Original signature retained by*
                                                    *attorney Richard M. Oberto*


Dated: 8/25/2021                                    */s/ Richard M. Oberto*
                                                    Richard M. Oberto
                                                    Attorney for Defendant,
                                                    Holly White
                                                    *Original signature retained by*
                                                    *attorney Richard M. Oberto*

## **O R D E R**

**IT IS HEREBY ORDERED** that the personal presence of the defendant HOLLY WHITE is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43(b)(3).

IT IS SO ORDERED.

Dated:   **August 26, 2021**                       /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE