PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00184-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| TELVIN BREAUX, HOLLY WHITE, CECELIA ALLEN, FANTASIA BROWN, TONISHA BROWN, FANTESIA DAVIS, AND SHANICE WHITE | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for March 22, 2023, at 1:00 p.m., for the above-captioned defendants in this case may be continued until May 24, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced hundreds of thousands of pages of discovery to defense counsel. Defense counsel has further investigation to perform and the need for discovery review, settlement exploration, and trial preparation. The parties agree that time under the Speedy Trial Act shall be excluded through May 24, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense

investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendants to a speedy trial.

Dated:  March 14, 2023

*/s/ Alekxia Torres-Stallings*
Alekxia Torres-Stallings
Counsel for Defendant Telvin Breaux

Dated:  March 14, 2023

*/s/ Richard Oberto*
Richard Oberto
Counsel for Defendant Holly White

Dated:  March 14, 2023

*/s/ Carrie McCreary*
Carrie McCreary
Counsel for Defendant Cecelia Allen

Dated:  March 14, 2023

*/s/ Timothy Hennessy*
Timothy Hennessy
Counsel for Defendant Fantasia Brown

Dated:  March 14, 2023

*/s/ Louisa Pensanti*
Louisa Pensanti
Counsel for Defendant Tonisha Brown

Dated:  March 14, 2023

*/s/ Michael McKneely*
Michael McKneely
Counsel for Defendant Fantesia Davis

Dated:  March 14, 2023

*/s/ Barbara O'Neil*
Barbara O'Neil
Counsel for Defendant Shanice White

Dated:  March 14, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>TELVIN BREAUX,<br>HOLLY WHITE,<br>CECELIA ALLEN,<br>FANTASIA BROWN,<br>TONISHA BROWN,<br>FANTESIA DAVIS, AND<br>SHANICE WHITE,<br><br>Defendants. | Case No. 1:21-cr-00184-DAD-BAM<br><br>ORDER |

Upon the Parties' stipulation and for good cause shown, the Status Conference that is scheduled for March 22, 2023, at 1:00 p.m. for the above-captioned defendants is continued until **May 24, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through May 24, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __**March 16, 2023**__          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE